UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BOYD,

    Plaintiff,

  v.

VAN BOENING, *et al.*,

    Defendants.

Case No. C07-5599 FDB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

The Court, having reviewed Plaintiff's response to order to show cause and motion for extension of time (Dkt. # 8), and the balance of the record, does hereby **ORDER**:

(1) Plaintiff's motion for an extension of time (Dkt. # 8) to pay the $350.00 filing fee or to submit a completed application to proceed *in forma pauperis* as previously ordered is **GRANTED.** Plaintiff shall pay the full $350.00 court filing fee or if he cannot do so, provide the Court with an explanation of why he is unable to access his savings funds directly and file a proper application to proceed *in forma pauperis* **no later than January 25, 2007,** which shall include a copy of the acknowledgment and authorization form pursuant to 28 U.S.C. § 1915(b) and a copy of the written consent required by Local Rule CR 3(b). **Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend**

ORDER - 1

**dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 17th day of December, 2007.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2