UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BOYD,<br><br>                Plaintiff,<br><br>      v.<br><br>SUPT. VAN BOENING., *et al.,*<br><br>                Defendants. | Case No.  C07-5599 FDB/KLS<br><br>ORDER TO SHOW CAUSE RE FILING OF FIRST AMENDED COMPLAINT |

Before the Court is Plaintiff's proposed First Amended Complaint. (Dkt. # 19). Upon review, the Court finds that Plaintiff must show cause why the First Amended Complaint should not be dismissed.

**BACKGROUND**

On February 25, 2008, Plaintiff was granted leave to proceed *in forma pauperis*. (Dkt. # 16). On that same day, Plaintiff's Complaint against Defendants Van Boening and Chaplain Suss was filed. (Dkt. # 17). Attached to Plaintiff's Complaint are exhibits numbered one through eleven, and a Declaration marked Attachment B. *Id*. Plaintiff alleges Defendants interfered with his ability to practice his religion, in violation of his First, Fourteenth, and Eighth Amendment rights, in addition to various state constitutional and institutional policies. *Id*., p. 5. On February 25, 2008, the Court ordered the U.S. Marshal to serve the Complaint on Defendants. (Dkt. # 18).

On March 6, 2008, Plaintiff submitted the "First Amended" Complaint (Dkt.# 19) at issue. In general, the "First Amended" Complaint appears to contain the same parties and causes of action. The "First Amended" Complaint references exhibits but no exhibits were provided with the "First Amended"

ORDER
Page - 1

Complaint. In addition, the Plaintiff failed to provide the court with service forms. *Id.*, p. 17.

**DISCUSSION**

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 15(a), "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." However, Plaintiff is advised that an amended pleading operates as a complete substitute for an original pleading. *See Ferdik v. Bonzelet,* 963 F.2d 1258, 1262 (9th Cir. 1992) (citing *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990) (as amended). Therefore, Plaintiff's Amended Complaint must include all parties, factual allegations, causes of action, relief sought, and exhibits. The Court will not accept supplements to or references to earlier filings, such as references to exhibits attached to Plaintiff's earlier complaint, as part of any amended pleading.

In addition, as no party has entered an appearance in this action, the amended pleading must be served through the U.S. Marshal service. Therefore, Plaintiff must provide completed marshal forms for each named defendant for whom he desires service of the amended complaint.

Accordingly, it is **ORDERED:**

1. If Plaintiff wishes to proceed with his First Amended Complaint, he must provide the Court with the proper exhibits (for the pleading filed and each service copy) and completed marshal forms. These documents should be provided on or before **April 11, 2008.** If Plaintiff fails to provide the required documents within the time provided or a response why he cannot do so, the Court will enter a report and recommendation that the First Amended Complaint be dismissed and this action will proceed under Plaintiff's original Complaint;

2. The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this  17th  day of March, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2