# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A. BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>RON VAN BOENING, *et al.,*<br><br>    Defendants. | Case No. C07-5599 FDB/KLS<br><br>ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation for Dismissal, seeking dismissal of this case in accordance with their Release and Settlement Agreement. Dkt. # 44.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are **dismissed with prejudice**. The Court will not retain jurisdiction over this matter.

DATED this ___ day of April, 2009.

                                                Franklin D. Burgess
                                              United States District Court Judge

Recommended for Entry:

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER OF DISMISSAL
Page - 1