

07-CV-05599-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BOYD,

    Plaintiff,

v.

RON VAN BOENING, *et al.*,

    Defendants.

Case No. C07-5599 FDB/KLS

ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal, seeking dismissal of this case in accordance with their Release and Settlement Agreement. Dkt. # 44.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are **dismissed with prejudice**. The Court will not retain jurisdiction over this matter.

DATED this 29 day of April, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:
/S/
Karen L. Strombom
United States Magistrate Judge

ORDER OF DISMISSAL
Page - 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BOYD,

    Plaintiff,

v.

RON VAN BOENING, *et al.*,

    Defendants.

Case No. C07-5599 FDB/KLS

ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal, seeking dismissal of this case in accordance with their Release and Settlement Agreement. Dkt. # 44.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendants are **dismissed with prejudice.** The Court will not retain jurisdiction over this matter.

DATED this ___ day of April, 2009.

_____

Franklin D. Burgess
United States District Court Judge

Recommended for Entry:

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

ORDER OF DISMISSAL
Page - 1